UNITED STATES of America, Plaintiff–Appellee,

v.

**William K. CAPPS, Defendant–Appellant.**

**No. 08–13972**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 4, 2009.

Julie M. Wade, James C. Stuchell, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Frank L. Butler, III, Constangy, Brooks & Smith, LLC, Macon, GA, for Defendant–Appellant.

Before EDMONDSON, BIRCH and COX, Circuit Judges.

PER CURIAM:

Frank L. Butler, III, appointed counsel for William K. Capps in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and Capps's conviction and sentence are **AFFIRMED.**